# United States Court of Appeals for the Federal Circuit

---

**ASHLESHA A. NESARIKAR, ANIKA A. NESARIKAR, ABHIJIT R. NESARIKAR,**
*Plaintiffs-Appellants*

**v.**

**THE UNITED STATES PATENT AND TRADEMARK OFFICE, JOHN A. SQUIRES, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendants-Appellees*

---

2026-1167

---

Appeal from the United States District Court for the Eastern District of Texas in No. 4:25-cv-00423-JCB-JDL, Judge Campbell J. Barker.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

May 12, 2026
Date

Jarrett B. Perlow
Clerk of Court